UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAX IMPLANTS AND DENTURES.
PLLC,

    Plaintiff,

v.                                                                Case No.: 3:23-CV-102-MCR

DAVID & ASSOCIATES SPECIALISTS,
LLC, and BRIAN LEE WARE as Personal
Representative of the ESTATE OF JOEL A.
DAVID, Deceased

    Defendants.

_____/

DAVID & ASSOCIATES SPECIALISTS, LLC,

    Counterclaim-Plaintiff/Third-Party Plaintiff,

v.

JAX IMPLANTS AND DENTURES, PLLC,

    Counterclaim-Defendant,

      and

ALEX M. MCREE, DMD and
WILLIAM S. RUSSELL, DMD,

    Third-Party Defendants.

_____/

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff Jax Implants and Dentures, PLLC ("Jax Implants") and Third-Party

Defendants, Alex M. McRee, DMD and William S. Russell, DMD (collectively "Jax

Implants") and Defendants David & Associates Specialists, LLC ("DAS LLC") and

Brian Lee Ware as Personal Representative of the Estate of Joel A. David (the "Estate")

(collectively "Defendants") respectfully file this Joint Motion for Entry of Consent

Judgment, and respectfully ask the Court to enter the Consent Judgment attached as

Exhibit A.

Respectfully submitted this 19th day of September, 2025.


/s/  *Jared B. Briant*

Jared B. Briant (pro hac vice)
Faegre Drinker Biddle & Reath LLP
1144 Fifteenth Street, Suite 3400
Denver, Colorado 80202
Tel:  (303) 607-3500
Fax: (303) 607-3600
jared.briant@faegredrinker.com


Traci T. McKee (FL #53088)
Faegre Drinker Biddle & Reath LLP
1500 Jackson Street, Suite 201
Fort Myers, Florida 33901
Tel:  (239) 286-6900
Fax: (239) 244-9053
traci.mckee@faegredrinker.com


*Counsel for Plaintiff Jax Implants and Dentures, PLLC and Third-Party Defendants Alex M. McRee and William S. Russell*

/s/  *Nicholas W. Morcom*

Nicholas W. Morcom
Florida Bar No. 013767
Nathaniel R. Stone
Florida Bar No. 1055120
Woolsey Morcom, PLLC

203 Fort Wade Road, Suite 260
Ponte Vedra, FL 32081
(904) 638-4235 (telephone)
(904) 638-9302 (facsimile)

nick@woolseymorcom.com
nstone@woolseymorcom.com
shunnefield@woolseymorcom.com

*Counsel for Defendants David and Associates Specialists, LLC, and Brian Lee Ware as Personal Representative of the Estate of Joel A. David, Deceased*

2